UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | |
| RYAN DONALD PERRY and | ) | Case No. 10-06478-8-RDD |
| SHANA STONE PERRY, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

### OBJECTION TO CLAIM

The Debtors, Ryan Donald Perry and Shana Stone Perry, by and through the undersigned counsel objects to the following claim on the basis indicated:

| CLAIM NO. | NAME & ADDRESS OF CREDITOR (CLAIMANT) | AMOUNT OF CLAIM | BASIS OF OBJECTION & RELIEF REQUESTED |
|---|---|---|---|
| Scheduled | Shawn Cummings
711 Gallimore Dairy Road
High Point, NC  27265 | Unknown | The Debtors scheduled this claim for notice purposes only. Upon further review of the records, the Debtors assert they have no personal liability for this claim. Therefore the Debtors request that this claim be disallowed in its entirety. |

DATED:  April 1, 2011

**HENDREN & MALONE, PLLC**

s/Jason L. Hendren
Jason L. Hendren
NC State Bar No. 26869
Rebecca F. Redwine
NC State Bar No.  37012
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
Email:  rredwine@hendrenmalone.com
ATTORNEYS FOR DEBTORS

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **RYAN DONALD PERRY and** | ) | Case No. 10-06478-8-RDD |
| **SHANA STONE PERRY,** | ) | Chapter 11 |
| | ) | |
| **Debtors.** | ) | |

**NOTICE OF OBJECTION TO CLAIM**

NOTICE IS HEREBY GIVEN that Jason L. Hendren, Attorney for the above-captioned Debtors, has filed Objection to Claim.

FURTHER NOTICE IS HEREBY GIVEN that the Objection to Claim filed by Jason L. Hendren, may be allowed provided no responses and request for a hearing is made by a party in interest in writing to the Clerk, United States Bankruptcy Court, U.S. 1760-A Parkwood Boulevard, Wilson, North Carolina 27893, within THIRTY (30) DAYS from the date of this notice, and,

FURTHER NOTICE IS HEREBY GIVEN that any responses to Objection to Claim should also be mailed to Jason L. Hendren, Attorney for the Debtors, at the address given below.

FURTHER NOTICE IS HEREBY GIVEN, that if a response and request for a hearing is filed by a part in interest in writing within the time indicated, a hearing will be conducted on the Objection to Claim and Response thereto at a date, time and place to be later set by the Court and all interest parties will be notified accordingly. If no request for hearing is timely filed, the Court may rule on the Objection to Claim and Response thereto *ex parte* without further notice.

DATED: April 1, 2011

**HENDREN & MALONE, PLLC**

s/Jason L. Hendren
Jason L. Hendren
NC State Bar No. 26869
Rebecca F. Redwine
NC State Bar No. 37012
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
Email:  rredwine@hendrenmalone.com
ATTORNEYS FOR DEBTORS

CERTIFICATE OF SERVICE

I, Jason L. Hendren, 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 1st day of April, 2011, I served copies of the foregoing on the parties listed below by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: April 1, 2011

**HENDREN & MALONE, PLLC**

s/Jason L. Hendren
Jason L. Hendren
NC State Bar No. 26869
Rebecca F. Redwine
NC State Bar No. 37012
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
Email:  rredwine@hendrenmalone.com
ATTORNEYS FOR DEBTORS

TO:

Marjorie K. Lynch
*United States Bankruptcy Administrator*          *(via CM/ECF)*

Shawn Cummings
711 Gallimore Dairy Road
High Point, NC  27265